THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

PLAINTIFF,

vs.

$78,791 IN US CURRENCY,

DEFENDANT,

and

BRIAN WEAVER,

CLAIMANT.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

Court File No. 01-1380 (ADM/SRN)

**WHEREAS,** the Court in the above-captioned matter issued a Pretrial Scheduling Order on November 27, 2001, which was also filed on November 27, 2001 ("Scheduling Orders").

**WHEREAS,** the Scheduling Order established a deadline for each party to disclose the identity of expert witnesses, disclose expert testimony and present executed expert reports on or before March 1, 2002.

**WHEREAS,** the Scheduling Order established a deadline for each party to provide expert rebuttal reports and opinions on or before April 1, 2002.

**WHEREAS,** the parties, by and through their undersigned counsel, have stipulated and agreed that each of the above-mentioned deadlines should be extended, and that any extension of those deadlines would not hinder or otherwise affect the other dates and deadlines set forth in the Scheduling Order.

**NOW, THEREFORE,** the parties, by and through their undersigned counsel, hereby stipulate to the following:

808502-1

MAR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. The deadline to disclose the identity of expert witnesses, expert testimony and fully executed expert reports may be extended to May 1, 2002.

2. The deadline for expert rebuttal may be extended to June 1, 2002.

3. This Stipulation may be executed in counterparts of which each part taken together shall constitute an entire Stipulation.

By ______________________

Bruce H. Hanley (40447)
Mitchel C. Chargo (237565)
Rider, Bennett, Egan & Arundel, LLP
Attorneys for Claimant Brian Weaver
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8921/340-7952

Dated: 2/26, 2002

By ______________________

Robert Small (__________)
Assistant U.S. Attorney
Attorneys for Plaintiff
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55402

Dated: : ________________, 2002

808502-1

1. The deadline to disclose the identity of expert witnesses, expert testimony and fully executed expert reports may be extended to May 1, 2002.

2. The deadline for expert rebuttal may be extended to June 1, 2002.

3. This Stipulation may be executed in counterparts of which each part taken together shall constitute an entire Stipulation.

Dated: ________________, 2002

By ______________________
Bruce H. Hanley (40447)
Mitchel C. Chargo (237565)
Rider, Bennett, Egan & Arundel, LLP
Attorneys for Claimant Brian Weaver
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8921/340-7952

Dated: : ________________, 2002

By ______________________
Robert Small ( 10212X )
Assistant U.S. Attorney
Attorneys for Plaintiff
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55402

**ORDER**

Pursuant to the Stipulation to Amend Pretrial Scheduling Order filed by the parties, by and through their counsel, it is hereby ordered that this Court's Pretrial Scheduling Order dated and filed November 27, 2001, is amended as follows:

1. The deadline to disclose the identity of expert witnesses, disclose expert testimony and present fully executed expert reports may be extended to May 1, 2002.

2. The deadline for expert rebuttal may be extended to June 1, 2002.

BY THE COURT

Susan Richard Nelson

The Honorable Susan Richard Nelson
Magistrate Judge of District Court

Dated: March 1 2002

No further extensions will be granted.